Banco Territorial y Agrícola et al., Recurrentes, *v.* El Registrador, Recurrido.

### Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 157.—Resuelto en noviembre 6, 1913.

Arrendamientos—Cesión de Cánones—Obligación Personal—Derechos Reales.—La cesión hecha a un acreedor hipotecario para cobrar los cánones de arrendamiento de la finca hipotecada es un contrato de carácter personal, y nó un derecho real, y no es por tanto inscribible en el registro de la propiedad.

Los hechos están expresados en la opinión.

Abogado de los recurrentes: *Sr. Juan de Guzmán Benítez.*

El Registrador Sr. Raul Benedicto no compareció.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

En este caso debe confirmarse la nota recurrida. El Registrador de la Propiedad de Caguas denegó la inscripción del traspaso hecho al Banco Territorial y Agrícola de ciertos cánones de arrendamiento pagaderos en primer término a José Ramírez Muñoz, constituyendo este último hipoteca a favor del expresado banco sobre la finca en cuestión. La hipoteca fué inscrita primeramente pero no la cesión de los referidos cánones, y habiéndose presentado nuevamente la escritura, el registrador negó específicamente la inscripción de dicha cesión de cánones por concepto de arrendamiento. La cesión hecha al Banco del derecho a percibir las referidas sumas de dinero por concepto de rentas, es una obligación pecuniaria y puramente un contrato personal. No es un derecho sobre bienes inmuebles comprendido en la Ley Hipotecaria.

La nota del registrador debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.